UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIENDS OF ANIMALS<br>777 Post Road, Suite 205<br>Darien, CT 06820;<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br>an agency of the United States<br>1400 Independence Ave., S.W.<br>Washington, DC 20250<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. |

**COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**

**INTRODUCTION**

1.  This action is brought to remedy violations of the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et. seq*. Specifically, it challenges the failure of Defendant, the United States Department of Agriculture (USDA) to provide responsive documents within the time required by FOIA in regard to Friends of Animals' April 28, 2016 request for information (hereinafter "Request").

2.  Friends of Animals requested all information in the USDA's possession related to inspections, review, reports, or correspondence for the primate sanctuary Chimp Haven located at 13600 Chimpanzee Place, Keithville, LA 71047.

3.  As of the date on this Complaint, the USDA has not provided any information in response to Friends of Animals' Request.

4.  Defendant is unlawfully withholding public disclosure of information that Friends of Animals is entitled to receive under FOIA. Defendant failed to comply with the

statutory mandates and deadlines imposed by FOIA by failing to provide a final determination resolving this Request within the time required by law. Accordingly, Friends of Animals seeks declaratory relief establishing that Defendant has violated FOIA. Friends of Animals also seeks injunctive relief directing Defendant to promptly provide the requested material free of cost.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) (FOIA) and 28 U.S.C. § 1331 (federal question). This Court may grant the declaratory relief under 28 U.S.C. §§ 2201, *et seq.* (Declaratory Judgment Act) and injunctive relief under 5 U.S.C. § 552(a)(4)(B) (FOIA). An actual, justiciable controversy exists within the meaning of the Declaratory Judgment Act between Friends of Animals and Defendant. The Court has jurisdiction, upon receipt of a complaint, "to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant." 5 U.S.C. § 552(a)(4)(B).

6. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B), which provides venue for FOIA cases in this district.

## PARTIES

7. Friends of Animals is a non-profit international advocacy organization with nearly 200,000 members, incorporated in the state of New York since 1957. Friends of Animals seeks to free animals from cruelty and exploitation around the world, and to promote a respectful view of non-human, free-living and domestic animals. Friends of Animals engages in a variety of advocacy programs in support of these goals. Friends of Animals informs its members about animal advocacy issues as well as the organization's progress in addressing these issues through its magazine called ActionLine, its website, and other reports. Friends of Animals has published articles and information advocating for the protection of wild species so that they can live unfettered in their natural habitats.

8. Defendant, the USDA, is an agency within the meaning of 5 U.S.C. § 552(f). The USDA is responsible for fulfilling Friends of Friends of Animals' Request and complying with all federal laws.

## LEGAL FRAMEWORK

**A. Freedom of Information Act.**

9. Congress enacted FOIA to ensure public access to U.S. government records. FOIA carries a presumption of disclosure. The burden is on the government—not the public—to substantiate why information may not be released. Upon written request, agencies of the United States government are required to disclose their records, unless they can be lawfully withheld from disclosure under one of nine specific exemptions in FOIA.

10. FOIA requires agencies to "determine within 20 days . . . after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefore, and of the right of such person to appeal to the head of the agency any adverse determination." 5 U.S.C. § 552(a)(6)(A).

11. On determination by an agency to comply with the request, the records shall be made "promptly available." *Id.* at § 552(a)(6)(C).

12. In "unusual circumstances" an agency may extend the time limits for up to ten working days by providing written notice to the requester setting forth the unusual circumstance and the date on which the determination is expected to be dispatched. *Id.* at § 552(a)(6)(B). With respect to a request for which a written notice purports to apply the "unusual circumstances," the agency must: (1) notify the requester if the request cannot be processed within the time limit specified in that clause and (2) provide the requester an opportunity to limit the scope of the request so that it may be processed within that time limit or an opportunity to arrange with the agency an alternative time frame for processing the request or a modified request. *Id.*

13. If the agency fails to respond to a request within twenty days, the requester is deemed to have constructively exhausted administrative remedies and may seek judicial review.

14. Additionally, if the agency fails to comply with the statutory time limit it cannot assess search fees. 5 U.S.C. § 552(a)(4)(A)(viii).

## FACTUAL BACKGROUND

15. Friends of Animals submitted its Request under FOIA to the USDA on April 28, 2016.

16. Friends of Animals received acknowledgment from the USDA confirming that the agency received the Request on April 28, 2016.

17. The twenty workday time limit for responding to Friends of Animals' Request passed on May 26, 2016.

18. The USDA did not respond by May 26, 2016, and to this date has still not produced any information responsive to Friends of Animals' Request.

19. On June 28, 2016, the Director of Friends of Animals Wildlife Law Program, Mr. Harris sent an email to a USDA FOIA officer requesting an update on the status of Friends of Animals' Request.

20. As of the date of this complaint, Mr. Harris has received no response to his inquiry.

21. The USDA is unlawfully withholding public disclosure of information sought by Friends of Animals, information to which it is entitled to receive, and for which the USDA has not provided a valid disclosure exemption.

22. The USDA has offered no reasonable explanation for its delay, and it has failed to estimate when it will finally be able to comply with its obligations under FOIA.

## CAUSE OF ACTION
### (Violation of Freedom of Information Act)

23. Friends of Animals herein incorporates all allegations contained in the proceeding paragraphs.

24. Friends of Animals properly requested records within the control of Defendant, the USDA.

25. The USDA has failed to release the records Friends of Animals requested and failed to make any claims of statutory exemption with regard to the requested documents.

26. Accordingly, Friends of Animals is entitled to injunctive and declaratory relief with respect to the release and disclosure of the records requested.

//
//
//

**PRAYER FOR RELIEF**

Friends of Animals respectfully requests that the Court enter judgment providing the following relief:

1. Declare that Defendant violated the Freedom of Information Act by failing to lawfully satisfy, in full, Friends of Animals' Request under the Freedom of Information Act;

2. Order Defendant to process and release immediately all records responsive to Friends of Animals' Request at no cost to Friends of Animals;

3. Retain jurisdiction of this action to ensure the processing of Friends of Animals' Request, and to ensure that no agency records are wrongfully withheld;

4. Award Plaintiff Friends of Animals costs, including reasonable attorney fees and litigation costs in this action, pursuant to FOIA, 5 U.S.C. § 552(a)(4)(E); and

5. Grant Plaintiff any other relief that the Court deems just and proper.


Dated: July 19, 2016            Respectfully Submitted,


                                /s/ Jennifer Best
                                Jennifer Best (DC Bar # CO0056)
                                Assistant Director, Wildlife Law Program
                                Friends of Animals
                                Western Region Office
                                7500 E. Arapahoe Road, Suite 385
                                Centennial, CO 80112
                                720-949-7791
                                jennifer@friendsofanimals.org


                                /s/ Michael Harris
                                Michael Ray Harris (DC Bar # CO0049)
                                Director, Wildlife Law Program
                                Friends of Animals
                                7500 E. Arapahoe Road, Suite 385
                                Centennial, CO 80112
                                720-949-7791
                                michaelharris@friendsofanimals.org